UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORITA GERRITSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br><br>    Defendant. | Case No. 18-cv-03492-JCS<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION FOR EAJA ATTORNEYS' FEES**<br><br>Re: Dkt. No. 23 |

The parties filed a stipulation and proposed order awarding Plaintiff Lorita Gerritson $5,000 in attorneys' fees and $400 in costs under the Equal Access to Justice Act, and directing Defendant Andrew Saul, Commissioner of Social Security, to pay that sum to Gerritson's counsel pursuant to an agreement that Gerritson purportedly signed, so long as Gerritson does not owe a preexisting debt to the United States. The parties' stipulation does not include a copy of the purported agreement and does not indicate that the stipulation was served on Gerritson herself. It is DENIED without prejudice to filing a renewed stipulation remedying those defects.

**IT IS SO ORDERED.**

Dated: November 6, 2019

JOSEPH C. SPERO
Chief Magistrate Judge